AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Benjamin Barreto <br><br> *Plaintiff(s)* <br> v. <br> R&F Surplus & Salvage, Ronald Garan Individually & as Officer of R&F Surplus & Salvage, and Yisela Garan Individually & as Officer of R&F Surplus & Salvage, <br><br> *Defendant(s)* | Civil Action No. 22-cv-2333 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  R&F Surplus & Salvage
407 Saw Mill River Rd
Yonkers, NY 10701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valletti & Associates, LLC
40 W. 4th Street, Suite 42
Patchogue, NY 11772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/23/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*