UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BENJAMIN BARRETO,
             Plaintiff,

v.
                                              **ORDER**

R&F SURPLUS & SALVAGE, RONALD
GARAN, individually and as an officer of R&F     22 CV 2333 (VB)
Surplus & Salvage, and YISELA GARAN,
individually and as an officer of R&F Surplus &
Salvage,
             Defendants.
--------------------------------------------------------------x

       Plaintiff commenced the instant action March 22, 2022. (Doc. #1).

       On April 8, 2022, plaintiff docketed proof of service indicating service on each defendant on April 5, 2022. (Doc. #9). Accordingly, defendants had until April 26, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendants have not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **May 26, 2022**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **June 9, 2022**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: April 28, 2022
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge